[No. 59712-4-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN BRIAN HEROD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06108-0, James D. Cayce, J., entered March 12, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59925-9-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY PEDRO GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00811-6, Ronald L. Castleberry, J., entered April 23, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 59941-1-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY L. NOTCH, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-1-00377-1, Susan K. Cook, J., entered April 27, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60129-6-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON CHARLES BIRDSBILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09417-1, Christopher A. Washington, J., entered May 21, 2007. *Reversed* by unpublished per curiam opinion.